IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR362 |
| vs. | ) | ORDER |
| TYRONE J. DEVERS, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Tyrone J. Devers (Devers) for a review of detention (Filing No. 80). Devers was ordered detained following a combined preliminary/detention hearing on July 22, 2013, as a result of violations of his supervised release (Filing Nos. 69 - 73). Devers now seeks release to a halfway house or on electronic monitoring.

Devers was formally charged with intent to deliver a controlled substance, a Class III felony in Douglas County. On September 13, 2013, Devers was bound over to District Court and his bond was set at $50,000.00. On July 10, 2013, Devers was involved in a high speed pursuit with the Omaha Police Department (OPD). When he was finally apprehended, the OPD found plastic baggies and marijuana residue in the car. As a result, a search warrant was obtained and OPD found 2.2 pounds of marijuana and a black digital scale in Devers' residence.

Previously, Devers was placed in a halfway house after he violated his conditions of supervised release but continued in his drug sales. After having been given numerous opportunities while on supervised release, Devers has spurned the efforts to assist him in rehabilitation. His current proposal for release lacks any merit.

**IT IS ORDERED:**

Devers' motion to review detention (Filing No. 80) is denied.

Dated this 18th day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge